**EVERETT W. JACK, OSB #89268**
everettjack@dwt.com
**FRANCIE CUSHMAN, OSB # 033016**
franciecushman@dwt.com
**DAVID C. ROCKER, OSB #944218**
davidrocker@dwt.com
**BLAKE J. ROBINSON, OSB #084543**
blakerobinson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. 5th Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Of Attorneys for Defendant

FILED 01 AUG '11 15:31 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT EUGENE

| | |
|---|---|
| **EARLE J. BEESLEY, SR.,**<br>**PLAINTIFF,**<br>v.<br>**FLYING J, INC., a Utah corporation,**<br>**DEFENDANT.** | Case No._08-CV-06382-HO<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, plaintiff Earle J. Beesley, Sr., and

/////

/////

Page 1 – **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300
DWT 17676878v1 0060511-000006

defendant Flying J, Inc., hereby stipulate to and move for the dismissal of all of plaintiff's claims with prejudice and without fees or costs to any party.

| SWANSON LATHEN ALEXANDER, ET AL. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: _____ <br> TRAVIS PRESTWICH, OSB #003617 <br> Telephone: (503) 581-2421 <br> Facsimile: (503) 588-7179 <br> Of Attorneys for Plaintiff | By: _____ <br> EVERETT W. JACK, OSB #89268 <br> FRANCIE CUSHMAN, OSB #033016 <br> DAVID C. ROCKER, OSB #944218 <br> BLAKE J. ROBINSON, OSB #084543 <br> Telephone: (503) 241-2300 <br> Facsimile: (503) 778-5299 <br> Of Attorneys for Defendant |
| DATED: July 26, 2011 | DATED: July 27, 2011 |

IT IS SO ORDERED:

DATED this 1st day of August, 2011.

_____
Honorable Michael R. Hogan